IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIANA HILL, individually and as MOTHER and next friend of baby D.H. her minor child,<br><br>    Plaintiffs,<br><br>v.<br><br>CLAYTON COUNTY GEORGIA, CLAYTON COUNTY BOARD OF COMMISSIONERS, CLAYTON COUNTY SHERIFF VICTOR HILL in his official and individual capacities, CORRECTHEALTH CLAYTON LLC, DR. CHARLES CLOPTON in his official and individual capacities, JOHN DOES in their official and individual capacities,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br>1:21-CV-05300-TWT |

## PETITION FOR LEAVE OF ABSENCE

A. ALI SABZEVARI respectfully files this petition and notifies all judges before whom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant L.R. 83.1(E)(3). The periods of leave during which time A. ALI SABZEVARI will be away from the practice of law is as follows:

- September 12, 2022 through September 19, 2022 for personal travel.

- October 6 and 7, 2022 for law firm partner retreat.

- 1 -

- 2 -

- November 24, 2022 through November 25, 2022 for personal travel/holiday.

- December 26, 2022 through January 2, 2023 for personal travel/holiday.

- January 16, 2023 for personal travel/holiday.

- February 20, 2023 through February 27, 2023 for personal travel.

- April 3, 2023 through April 10, 2023 for personal travel.

- May 29, 2023 for personal travel/holiday.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

Attorneys for Defendants Clayton County, Clayton County Board of Commissioners, and Clayton County Sheriff Victor Hill

661 Forest Parkway, Suite E
Forest Park, GA 30297-2257
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **PETITION FOR LEAVE OF ABSENCE** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing all to counsel of record who are CM/ECF participants.

Mitchell L. Albert III<br>
Albert III & Associates LLC<br>
3330 Cumberland Blvd.<br>
Suite 500<br>
Atlanta, GA 30339<br>
Mitchell.albert@aiiiaa.com

This 30th day of June, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ A. Ali Sabzevari*
A. Ali Sabzevari
Georgia Bar No. 941527
asabzevari@fmglaw.com

661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)