IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY N. CARR, SR., on behalf of himself and all others similarly situated, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>CAPITAL ONE BANK (USA), N.A., a National Banking Association, :<br>:<br>Defendant. : | Civil Action File No.<br>1:21-cv-02300-AT-JKL |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's order Dkt. 41, the Parties report that they have resolved Plaintiff Carr's individual claims, and that they expect to request dismissal by April 28, 2023.

Respectfully agreed and submitted,

| | |
|---|---|
| JEFFREY N. CARR, SR., on behalf of himself and all others similarly situated | CAPITAL ONE BANK (USA), N.A., a National Banking Association |
| By:   /s/ Justin T. Holcombe<br>    Kris K. Skaar (No. 649610)<br>    Justin T. Holcombe (No. 552100)<br>    SKAAR & FEAGLE, LLP<br>    133 Mirramont Lake Dr.<br>    Woodstock, GA 30189<br>    Telephone: (770) 427-5600<br>    Facsimile: (404) 601-1855<br>    kskaar@skaarandfeagle.com<br>    jholcombe@skaarandfeagle.com<br><br>    James M. Feagle (No. 256916)<br>    Clifton R. Dorsen (No. 149254)<br>    SKAAR & FEAGLE, LLP<br>    2374 Main St., Suite B<br>    Tucker, GA 30084<br>    Telephone: (404) 373-1970<br>    Facsimile: (404) 601-1855<br>    jfeagle@skaarandfeagle.com<br>    cdorsen@skaarandfeagle.com<br><br>    Alexander H. Burke (*pro hac vice*)<br>    BURKE LAW OFFICES, LLC<br>    155 N. Michigan Ave., Suite 9020<br>    Chicago, IL 60601<br>    Telephone: (312) 729-5288<br>    aburke@burkelawllc.com<br><br>*Counsel for Plaintiff* | By:  /s/ Heidi E. Siegmund<br>    Bryan A. Fratkin (*pro hac vice*)<br>    Heidi E. Siegmund (*pro hac vice*)<br>    Katherine E. Lehnen (*pro hac vice*)<br>    Seth A. Schaeffer (*pro hac vice*)<br>    MCGUIRE WOODS LLP<br>    800 E. Canal St.<br>    Richmond, VA 23219<br>    Telephone: (804) 775-1000<br>    Facsimile: (804) 775-1061<br>    bfratkin@mcguirewoods.com<br>    hsiegmund@mcguirewoods.com<br>    klehnen@mcguirewoods.com<br>    sschaeffer@mcguirewoods.com<br><br>    Meredith L. Allen (No. 901999)<br>    MCGUIRE WOODS LLP<br>    1230 Peachtree Street, N.E.<br>    Promenade, Suite 2100<br>    Atlanta, GA 30309<br>    Telephone: (404) 443-5738<br>    Facsimile: (404) 443-5773<br>    mlallen@mcguirewoods.com<br><br>*Counsel for Defendant* |