**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| JEFFREY N. CARR, SR., on behalf of himself and all others similarly situated, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action File No. 1:21-cv-02300-AT-JKL |
| CAPITAL ONE BANK (USA), N.A., a National Banking Association, | : : : | |
| Defendant. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff Jeffery N. Carr, Sr., through counsel, and

hereby individually dismisses all his claims in the above-styled civil action

with prejudice. All parties to pay their own costs and fees.

Respectfully submitted,

[*signature on following page*]

**SKAAR & FEAGLE, LLP**

By:    <u>/s/ Cliff R. Dorsen</u>
        Cliff R. Dorsen
        Georgia Bar No. 149254
        cdorsen@skaarandfeagle.com
        2374 Main Street, Suite B
        Tucker, GA 30084
        Telephone: (404) 373-1970
        Facsimile:  (404) 601-1855